# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Karen Block aka Karen A. Block
                               Debtor

| | | |
|---|---|---|
| MIDFIRST BANK | : | BK NO. 19-04853 RNO |
|     Movant | : | |
| v. | : | CHAPTER 7 |
| | : | |
| Karen Block aka Karen A. Block | : | |
|     Debtor | : | |
|     and | : | |
| | : | |
| Robert P. Sheils, Jr., Esq. | : | |
|     Trustee | : | |

## PRAECIPE WITHDRAWING THE TRUSTEE'S OBJECTION
## TO MOTION OF MIDFIRST BANK
## FOR RELIEF FROM AUTOMATIC STAY

**TO THE CLERK OF THE BANKRUPTCY COURT:**

      The Trustee, Robert P. Sheils, Jr., hereby requests that the Trustee's Objection to Midfirst Bank's Motion for Relief from Automatic Stay in the above bankruptcy proceeding be withdrawn without prejudice.

Dated: February 3, 2020

/s/ Jill M. Spott
Jill M. Spott, Esquire
Attorney for Trustee
Sheils Law Associates, P.C.
108 North Abington Road
Clarks Summit, PA 18411
(570) 587-2600
jspottesq@sheilslaw.com