UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

In Re: Karen A. Block, : CHAPTER 7
:
    Debtor : CASE NO. 5:19-bk-04853-RNO
:
Address: 900 North Township Rd :
Apt 119 :
Pittston, PA 18640 :
:
Last four digits of Social Security :
7189 :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

# NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND HEARING DATE

    Citizens Savings Bank, by its attorneys, Kreder Brooks Hailstone LLP, has filed papers with the court seeking relief from automatic stay under 11 USC §362(d) in order to proceed with its rights under non-bankruptcy law with regard to the Property: 33 Redwood Drive, Wilkes-Barre, Luzerne County, Pennsylvania 18702.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    1. If you do not want the court to grant relief from automatic stay, or if you want the court to consider your views on the motion, then on or before March 4, 2020, you or your attorney must do all of the following:

    (a) file an answer explaining your position with the Clerk of Bankruptcy Court.

    If you mail you answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before that date stated above; and

(b) mail a copy to movant's attorney:

David K. Brown, Esquire
KREDER BROOKS HAILSTONE LLP
220 Penn Avenue, Suite 200
Scranton, PA 18503
dbrown@kbh-law.com

and to the Trustee:

Robert P. Sheils, Jr., Esquire
Chapter 7 Trustee
Sheils Law Associates, PC
108 North Abington Road
Clarks Summit, PA 18411
**Email**: rsheils@sheilslaw.com

and to the Assistant Trustee:

Assistant U.S. Trustee
United States Trustee
P.O. Box 969
228 Walnut Street, Suite 1190
Harrisburg, PA 17108
ustpregion03.ha.ecf@usdoj.gov

And to all other parties to which service must be provided under the Bankruptcy Rules.

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled before the Honorable Robert N. Opel on March 26, 2020 at 9:30 A.M. in Courtroom No. 2, United States Bankruptcy Court for the Middle District of Pennsylvania, 274 Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701.

Date: February 19, 2020            /s/David K. Brown
                                   David K. Brown, Esquire
                                   KREDER BROOKS HAILSTONE LLP
                                   220 Penn Avenue, Suite 200
                                   Scranton, PA 18503
                                   (570) 346-7922