Feb.19. 2020

**KREDER BROOKS HAILSTONE LLP**
By: David K. Brown, Esquire
Supreme Court ID # 32332
220 Penn Avenue, Suite 200
Scranton, PA 18503
(570) 346-7922

<u>Attorneys for Citizens Savings Bank</u>

### IN THE UNITED STATE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Karen A. Block, | : | CHAPTER 7 |
| | | : | |
| | Debtor | : | CASE NO. 5:19-bk-04853-RNO |
| | | : | |
| | Citizens Savings Bank | : | |
| | | : | |
| | Movant | : | |
| | | : | |
| | vs. | : | |
| | | : | |
| | Karen A. Block, | : | |
| | | : | |
| | Respondent | : | |

..................................................................................................................................

### CERTIFICATE OF SERVICE

AND NOW, the <u>  19th  </u> day of February, 2020, I, David K. Brown, Esquire, a member of the firm of Kreder Brooks Hailstone LLP, attorneys for Citizens Savings Bank, certify that I this day served the within **MOTION FOR AUTOMATIC STAY and NOTIC OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND HEARING DATE** by electronic means addressed to the parties or attorney(s) of record, or by depositing a true and correct copy thereof in the United States Mail, postage prepaid, as follows:

1

| | |
|---|---|
| Karen Block<br>900 North Township Blvd.<br>Apt 119<br>Pittston, PA 18640-3568 | Debtor |
| John Fisher, Esquire<br>The Law Office of John Fisher LLC<br>126 South Main Street<br>Pittston, PA 18640<br>ATTORNEYS FOR DEBTOR<br>Email: johnyfisher@yahoo.com | Attorney for Debtor |
| Robert P. Sheils, Jr., Esquire<br>Sheils Law Associates, PC<br>108 North Abington Road<br>Clarks Summit, PA 18411<br>Email: rsheils@sheilslaw.com | Chapter 7 Trustee |
| Asst. U.S. Trustee<br>United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101<br>Email: ustpregion03.ha.ecf@usdoj.gov | |

**CREDITORS by First Class Mail:**

AFNI
PO Box 3097
Bloomington, IL 61702-3097

AT&T Mobility II, LLC
c/o AT&T Services
Midland, TX 79706

Ally Financial
PO Box 380901
Bloomington, MN 55438-0901

Capital One Bank USA, NA
P.O. Box 30281
Salt Lake City, UT 84130-0281

Comcast
1500 Market Street
Floor 33C
Philadelphia, PA 19102-2107

2

Comenity Bank
PO Box 182120
Columbus OH 43218-2120

Comenity Bank
PO Box 182273
Columbus OH 43218-2273

Commercial Acceptance Co
2 West Main St.
Shiremanstown, PA 17011-6326

Commonwealth Health Emergency Medical
Services
1000 Remington Avenue
Scranton, PA 18505-1118

ED Financial/ESA
120 N Seven Oaks Drive
Knoxville, TN 37922-2359

Empire Education Group
396 N. Claude A Lord Blvd.
Pottsville PA 17901

Eye Care Specialists
703 Rutter Avenue
Kingston, PA 18704-4801

Citizens Savings Bank
500 South State Street
Clarks Summit, PA 18411

HSBC Bak Nevada, N.A.
2300 W Sahara Avenue
Las Vegas, NV 89102-4352

Heller Gas
500 North Poplar Street
Berwick, PA 18603-1526

Links at Georgetown
6301 Chief Of Love Rd
Savannah, GA 31419-6223

MidFirst Bank
999 NW Grand Blvd Ste 100
Oklahoma City, OK
 73118-6051

NBT Bank NA
20 Mohawk Street
Canjoharie NY 13317-1144

PA American Water
800 W. Hershey Park Drive
Hershey, PA 17033-2400

PPL
827 Hausman Road
Allentown, PA 18104-9392

PRA Receivables Mgmt, LLC
PO Box 41021
Norfolk, VA 23541-1021

Portfolio Recovery Asso LLC
PO Box 41067
Norfolk VA 23541-1067

Professional Debt Mediation
7948 Baymeadows Way
2nd Floor
Jacksonville FL 32256-8539

3

| | |
|---|---|
| SYNCB/Lowes<br>PO Box 965005<br>Orlando, FL 32896-5005 | USCB Corporation<br>PO Box 75<br>Archbald, PA 18403-0075 |
| Southwest Credit Systems<br>4120 International Pky #1100<br>Carrollton TX 75007-1958 | WVSA<br>555 Exeter Avenue<br>West Pittston, PA 18643-1749 |
| Jill M. Spott<br>Sheils Law Associates PC<br>108 North Abington Road<br>Clarks Summit, PA 18411-2505 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadelphia, PA 19106-1541 |
| Synchrony Bank<br>c/o PRA Receivables Mgmt, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Portfolio Recovery Associates LLC<br>120 Corporate Blvd<br>Suite 100<br>Norfolk VA 23502 |
| UGI Utilities, Inc.<br>Attn Credit & Collections<br>PO Box 13009<br>Reading, PA 19612-3009 | UGI<br>PO Box 13009<br>Reading, PA 19612-3009<br><br>USCB Corporation<br>761 Scranton Carbondale Hwy<br>Unit 6<br>Eynon, PA 18403 |

 

KREDER BROOKS HAILSTONE LLP

By: /s/ David K. Brown
    David K. Brown, Esquire
    Attorneys for Citizens Savings Bank